IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

FEB 1 4 2003

AT BALTIMORE
CLERK US DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

| | |
|---|---|
| MANOR CARE OF AMERICA, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. L02CV4206 |
| ) | |
| PROPERTY & CASUALTY ) | |
| INSURANCE GUARANTY ) | |
| CORPORATION ) | |
| ) | |
| Defendant. ) | |

### ORDER GRANTING ADMISSION *PRO HAC VICE*

On this __14th__ day of February, 2003, the Motion for Admission *Pro Hac Vice* of James H. Hulme, Esq., attorney for Plaintiff, for the admission of Jodi D. Spencer, Esq., in this case as counsel for Plaintiff, is hereby GRANTED.

__2-14-03__
Date

__Felicia C. Cannon__
**Clerk, United States District Court**

by: _Lisa Stancer_