IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| MANOR CARE OF AMERICA, INC. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PROPERTY & CASUALTY )<br>INSURANCE GUARANTY )<br>CORPORATION )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. L02CV4206 |

### ORDER GRANTING ADMISSION *PRO HAC VICE*

On this _14th_ day of February, 2003, the Motion for Admission *Pro Hac Vice* of James H. Hulme, Esq., attorney for Plaintiff, for the admission of Gerald R. Kowalski, Esq., in this case as counsel for Plaintiff, is hereby GRANTED.

_2/14/03_
Date

Felicia C. Cannon
Clerk, United States District Court

by _Lisa Stavrou_