IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| MANOR CARE OF AMERICA, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. L02CV4206 |
| | ) |
| PROPERTY & CASUALTY | ) |
| INSURANCE GUARANTY | ) |
| CORPORATION | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION FOR EXTENSION FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Manor Care of America, Inc. and Defendant Property & Casualty Insurance Guaranty Corporation, through their respective counsel, hereby enter and into this stipulation extending Plaintiff's time to file and serve their Response to Defendant's Motion for Summary Judgment and state as follows:

WHEREAS, on January 21, 2003, the Defendant filed a Motion for Summary Judgment; and

WHEREAS, the time by which the Plaintiff must file a response or to the Motion for Summary Judgment is February 7, 2003; and

WHEREAS, Plaintiff has requested and Defendant has agreed to extend the time for Plaintiff to file a response to the Motion for Summary Judgment up to and including February 21, 2003.



**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for Plaintiff and Defendant as follows:

1. The time for Plaintiff to file and serve a response to Defendant's Motion for Summary Judgment is extended up to and including February 21, 2003.

2. This stipulation may be executed by facsimile.

SO ORDERED

*/s/ Benson Legg* 2/20/03
Judge Benson E. Legg
United States District Court

DATED: February 5, 2003

CONSENTED AND AGREED TO:

_____
Albert J. Mezzanotte, Jr., Bar No. 00197
Edward M. Buxbaum, Bar No. 05015
WHITEFORD, TAYLOR & PRESTON, L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
Ph: (410) 347-8700
Fax: (410) 752-7092

Counsel for Defendant

and

_____
James H. Hulme, Federal Bar No. 00875
Deanne M. Ottaviano
ARENT FOX KINTNER PLOTKIN & KAHN, PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Ph: (202) 857-6000
Fax: (202) 857-6395

Counsel for Plaintiff

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendant as follows:

1. The time for Plaintiff to file and serve a response to Defendant's Motion for Summary Judgment is extended up to and including February 21, 2003.

2. This stipulation may be executed by facsimile.

SO ORDERED

_____
Judge Benson E. Legg
United States District Court

DATED: February 5, 2003

CONSENTED AND AGREED TO: _____

Albert J. Mezzanotte, Jr., Bar No. 00197
Edward M. Buxbaum, Bar No. 05015
WHITEFORD, TAYLOR & PRESTON, L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
Ph: (410) 347-8700
Fax: (410) 752-7092

Counsel for Defendant

and

_____
James H. Hulme, Federal Bar No. 00875
Deanne M. Ottaviano
ARENT FOX KINTNER PLOTKIN & KAHN, PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Ph: (202) 857-6000
Fax: (202) 857-6395

Counsel for Plaintiff