IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| MANOR CARE OF AMERICA, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. L02CV4206 |
| | ) |
| PROPERTY & CASUALTY | ) |
| INSURANCE GUARANTY | ) |
| CORPORATION | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 3, 2003, a copy of the Joint Proposed Discovery Plan, which was electronically filed in this case on March 3, 2003, was mailed via first class mail, postage prepaid, to:

    James H. Hulme, Esquire
    Deanne M. Ottaviano, Esquire
    Arent Fox Kintner Plotkin & Kahn, PLLC
    1050 Connecticut Ave., NW
    Washington, D.C. 20036-5339

    Gerald R. Kowalski, Esquire
    Jodi D. Spencer, Esquire
    Cooper & Walinski
    900 Adams Street
    Toledo, Ohio  43624
    *Attorneys for Plaintiff*

                                            /s/
                            Edward M. Buxbaum, Bar No. 05015
                            Whiteford, Taylor & Preston, L.L.P.
                            Seven Saint Paul Street
                            Baltimore, Maryland 21202-1626
                            Ph:  (410) 347-8700;  Fax:  (410) 752-7092
                            *Attorneys for Defendant*