**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

Chambers of
**BENSON EVERETT LEGG**
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

March 18, 2003

MEMORANDUM TO COUNSEL RE:    <u>Manor Care of America v. Property & Casualty Insurance Guaranty Corporation</u>
Civil #L-02-4206

Dear Counsel:

On March 11, 2003, the Court held a Rule 16(b) in-court conference. During the conference, the Court approved the Joint Proposed Discovery Plan submitted by Counsel.

Additionally, the Court directed that the parties should establish a briefing schedule for the dispositive motions, which should be submitted with the first brief filed. If the case survives summary judgment, the Court will order a second round of discovery, if necessary.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

Benson Everett Legg

c:    Court file