IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MANOR CARE OF AMERICA, INC.    *

    Plaintiff    *

v.    *    Civil Action No.:    L02CV4206

PROPERTY & CASUALTY INSURANCE    *
GUARANTY CORPORATION
    *
    Defendant
    *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## **STIPULATION**

Now come the parties, by their undersigned counsel, and hereby jointly move the Court to approve the following revised dates for the completion of discovery:

1.    Defendant's deadline to respond to Plaintiff's written discovery - May 28, 2003.

2.    Discovery cut-off - July 16, 2003.

3.    Deadline for the filing of dispositive motions - August 28, 2003.

The aforegoing changes reflect a mere thirty (30) day extension from prior deadlines, and will not impact upon any hearing dates or trial date, which have not yet been scheduled.

- 2 -

Respectfully submitted,

| | |
|---|---|
| _____/s/_____<br>James H. Hulme, Bar No. 00875<br>Deanne M. Ottaviano, Bar No. 15659<br>ARENT FOX KINTNER PLOTKIN & KAHN, PLLC<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-5339<br>Ph: (202) 857-6000<br>Fax: (202) 857-6395 | _____/s/_____<br>Albert J. Mezzanotte, Jr., Bar No. 00197<br>Edward M. Buxbaum, Bar No. 05015<br>WHITEFORD, TAYLOR & PRESTON L.L.P.<br>Seven Saint Paul Street<br>Baltimore, Maryland 21202-1626<br>Ph: (410) 347-8700<br>Fax: (410) 752-7092<br><br>*Attorneys for Defendant,*<br>*PROPERTY & CASUALTY INSURANCE GUARANTY CORPORATION* |
| _____/s/_____<br>Gerald R. Kowalski, Bar No. 00875<br>Jodi D. Spencer, Esquire<br>COOPER & WALINSKI<br>900 Adam Street<br>Toledo, Ohio 43624<br>Ph: (419) 241-1200<br>Fax: (419) 242-5675<br><br>*Attorneys for Plaintiff* | |

**SO APPROVED:**

_____
**The Honorable Benson E. Legg, Judge**
**United States District Court for the District of Maryland**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 20, 2003, a copy of the foregoing Stipulation was mailed via first class mail, postage prepaid, to:

>James H. Hulme, Esquire
>Deanne M. Ottaviano, Esquire
>Arent Fox Kintner Plotkin & Kahn, PLLC
>1050 Connecticut Ave., NW
>Washington, D.C. 20036-5339
>*Attorneys for Plaintiff*
>
>Gerald R. Kowalski, Esquire
>Jodi D. Spencer, Esquire
>Cooper & Walinski
>900 Adams Street
>Toledo, Ohio  43624
>*Attorneys for Plaintiff*

>                /s/
>Albert J. Mezzanotte, Jr., Bar No. 00197

*1490548*