IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| MANOR CARE OF AMERICA, INC. | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. L02CV4206 |
| PROPERTY & CASUALTY INSURANCE GUARANTY CORPORATION | ) |
| Defendant. | ) |

## STIPULATION FOR BRIEFING SCHEDULE

Plaintiff Manor Care of America, Inc. and Defendant Property & Casualty Insurance Guaranty Corporation, through their respective counsel, hereby enter into this stipulation extending Plaintiff's time to file and serve their Response to Defendant's Motion for Summary Judgment and state as follows:

WHEREAS, on August 27, 2003, the Defendant filed its Renewed Motion for Summary Judgment;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for Plaintiff and Defendant as follows:

1.  The time for Plaintiff to file and serve a response to Defendant's Renewed Motion for Summary Judgment and Plaintiff's Cross-Motion for Summary Judgment is set up to and including September 18, 2003.

2.  The time for Defendant to file and serve its Reply Memorandum and response to Plaintiff's Cross-Motion for Summary Judgment is set up to and including October 14, 2003.

3.     The time for Plaintiff to file and serve its Reply Memorandum is set up to and including October 27, 2003.

4.     This stipulation may be executed by facsimile.

SO ORDERED

_____
Judge Benson E. Legg
United States District Court

DATED: September _____, 2003

CONSENTED AND AGREED TO:


_____/s_____
Albert J. Mezzanotte, Jr., Bar No. 00197
Edward M. Buxbaum, Bar No. 05015
WHITEFORD, TAYLOR & PRESTON, L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
Ph: (410) 347-8700
Fax: (410) 752-7092

Counsel for Defendant

    and


_____/s_____
James H. Hulme, Federal Bar No. 00875
Deanne M. Ottaviano
ARENT FOX KINTNER PLOTKIN & KAHN, PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Ph: (202) 857-6000
Fax: (202) 857-6395

Counsel for Plaintiff