UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| MANOR CARE OF AMERICA, INC.<br><br>**Plaintiff,**<br><br>v.<br><br>PROPERTY & CASUALTY INSURANCE GUARANTY CORPORATION,<br><br>**Defendant.** | Civil Action No.<br>02-CV-04206 (BEL) |

## ORDER

Upon consideration of Manor Care of America, Inc.'s ("Manor Care") Motion to Compel and for Sanctions, and Memorandum of Points and Authorities in Support thereof, the grounds stated therefore, and the entire record herein, IT IS this _____ day of _____, 2003, by the United States District Court for the District of Maryland, **ORDERED** that:

1. Manor Care's Motion to Compel and for Sanctions is hereby GRANTED;

2. Property & Casualty Insurance Guaranty Corporation's ("PCIGC") denial that the claims at issue in this case are "covered claims" under the Maryland statute is hereby stricken;

3. PCIGC shall pay to Manor Care its reasonable costs, expenses and attorneys' fees incurred in taking the initial deposition of Ms. Deborah Price;

4. PCIGC shall pay to Manor Care its reasonable costs, expenses and attorneys' fees incurred in taking a second deposition of Ms. Price in which she answers the questions not answered in the first deposition;

5. PCIGC shall pay to Manor Care its reasonable costs, expenses and attorneys' fees incurred in filing this motion to compel;

6.     A monetary sanction against Mr. Mezzanotte personally in the amount of $_____ be paid to Manor Care.

SO ORDERED

_____
Judge Benson E. Legg
United States District Court

DATED: September __, 2003

Cc:     James H. Hulme (Bar No. 00875)
        Deanne M. Ottaviano (Bar No. 15659)
        ARENT FOX KINTNER PLOTKIN & KAHN, PLLC
        1050 Connecticut Avenue, N.W.
        Washington, D.C.  20036-5339

        Gerald R. Kowalski
        Cooper & Walinski
        900 Adams Street
        Toledo, Ohio  43624

        Edward M. Buxbaum
        Albert J. Mezzanotte, Jr.
        Whiteford Taylor & Preston
        Seven Saint Paul St. Ste. 1400
        Baltimore, Maryland  21202