UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

October 9, 2003

MEMORANDUM TO COUNSEL RE:   Manor Care of America, Inc. v. Property & Casualty Insurance Guaranty Corp.,
Civil No. L-02-4206

Dear Mr. Buxbaum:

  This is in response to your letter of October 2, 2003.  Please contact opposing Counsel to determine whether Plaintiff opposes your request to file a surreply to the Motion to Compel and for Sanctions.  If there is no opposition, advise me of this fact in writing and state when you will file your surreply.

  If the Plaintiff opposes your motion to file a surreply, your formal motion to file a surreply is due on October 23, 2003.  Plaintiff's motion in opposition is due November 6, 2003, and your reply is due on November 10, 2003.

Very truly yours,

/s/
Benson Everett Legg

c:   Court file