**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| **MANOR CARE OF AMERICA, INC.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **Civil Action No. L02CV4206** |
| ) | |
| **PROPERTY & CASUALTY** ) | |
| **INSURANCE GUARANTY** ) | |
| **CORPORATION** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**PLAINTIFF MANOR CARE OF AMERICA'S RESPONSE
TO DEFENDANT'S MOTION TO FILE A SURREPLY**

Plaintiff, Manor Care of America, Inc. ("Manor Care") by its undersigned

counsel, hereby responds to Property & Casualty Insurance Guaranty Corporation's

("PCIGC's") motion to file a surreply in opposition to Manor Care's motion to compel

and for sanctions. As Manor Care previously informed PCIGC, the plaintiff does not

object to PCIGC's request to file a supplemental brief as long as Manor Care is allowed

to file an additional brief responding to PCIGC's arguments, if necessary.

On October 9, 2003, the Court sent counsel for PCIGC a letter asking that the

defendant seek consent from Manor Care to PCIGC's request to file a surreply in

opposition to Manor Care's motion to compel and for sanctions. Although not referenced

in PCIGC's October 22, 2003 motion to file a surreply, counsel for PCIGC contacted

Manor Care's counsel seeking such consent. The e-mails exchanged between counsel for

the parties are attached at Exhibit A. In sum, Manor Care did not agree that any new

arguments were presented that support PCIGC's request to file a surreply.  However,
Manor Care agreed to allow PCIGC to file a surreply as long as PCIGC agreed to allow
Manor Care to file a supplemental responsive brief, if Manor Care deemed it necessary.

The rules are structured to allow the moving party the opportunity to have the last
word on its motion.  Consequently, Manor Care sought that opportunity as a condition of
providing consent to PCIGC's request.  Fundamental fairness dictates that Manor Care be
permitted to respond to any arguments raised by PCGIC's surreply.  Accordingly, Manor
Care respectfully requests that, if this Court grants PCIGC's motion to file a surreply, the
Court also allow Manor Care the opportunity to respond in kind.

_____/s/_____
James H. Hulme (Bar No. 00875)
Deanne M. Ottaviano (Bar No. 15659)
ARENT FOX KINTNER PLOTKIN & KAHN, PLLC
1050 Connecticut Ave. NW
Washington D.C. 20036-5339
Telephone: (202) 857-6000
Fax: (202) 857-6395

and

Gerald R. Kowalski
Jodi D. Spencer
COOPER & WALINSKI, L.P.A.
900 Adams Street
Toledo, Ohio 43624
Telephone: (419) 241-1200
Fax: (419) 242-5675; (419) 242-9606

Counsel for Manor Care of America, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of November, 2003, I caused the foregoing

Response to PCIGC's Motion to File a Surreply to be served electronically and/or by

regular U.S. mail upon the following:

> Edward M. Buxbaum
> Albert J. Mezzanotte, Jr.
> WHITEFORD, TAYLOR & PRESTON
> Seven Saint Paul St., Ste. 1400
> Baltimore, MD 21202

/s/
Deanne M. Ottaviano