UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

March 10, 2004

MEMORANDUM TO COUNSEL RE:   Manor Care of America, Inc. v. Property & Casualty Insurance Guarantee Corp.,
Civil No. L-02-4206

Dear Counsel:

    On September 5, 2003, Plaintiff filed a motion to compel and for sanctions arising out of Mr. Mezzanotte's alleged misconduct at a July 11, 2003 deposition of Deborah Price. Before ruling on the motion, the Court would like to listen to the audiotape of the deposition. Accordingly, on or before March 15th, Counsel shall submit a copy of the audiotape to my chambers. An opinion on the motion to compel and for sanctions will issue in due course.

    Despite the informal nature of this memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/
Benson Everett Legg

c:   Court file