### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MANOR CARE OF AMERICA, INC.,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| | : | |
|     **v.** | : | **CIVIL NO. L-02-4206** |
| | : | |
| | : | |
| **PROPERTY & CASUALTY INSURANCE** | : | |
| **GUARANTEE CORPORATION,** | : | |
|     **Defendant.** | : | |
| | : | |

## ORDER

For the reasons stated in the Memorandum filed this date, the Court hereby:

(i)    DENIES Property & Casualty Insurance Guarantee Corporation's ("PCIGC") motion for summary judgment without prejudice [Docket No. 19];

(ii)    DENIES Manor Care of America, Inc.'s ("Manor Care") cross-motion for summary judgment without prejudice [Docket No. 24];

(iii)    GRANTS IN PART Manor Care's motion to compel and for sanctions [Docket No. 21].

The Court will determine the appropriate remedy for the motion to compel and for sanctions after a hearing. Accordingly, on or before April 6, 2004, Counsel shall confer and contact chambers to schedule a hearing on this issue. At a minimum, Plaintiff's Counsel will be allowed to re-take Deborah Price's deposition. Further briefing on any renewed motions for summary judgment will be determined at the hearing.

It is so ORDERED this 31st day of March, 2004.

                                                        _____/s/_____
                                                        Benson Everett Legg
                                                        Chief Judge