**Manor Care of America, Inc.**

**vs.**

**Property & Casualty Insurance Guaranty Corporation**

**Civil No. L-02-4206**                                        **Defendant's Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | May 3, 2004 | May 3, 2004 | Copy of Notice of Deposition by Def. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### NORTHERN DIVISION

MANOR CARE OF AMERICA, INC.    )

     Plaintiff,    )    Civil Action No. L02CV4206

         )

vs.    )    **NOTICE OF DEPOSITION**

         )

PROPERTY & CASUALTY    )
INSURANCE GUARANTY    )
CORPORATION,    )

     Defendant.    )

* * * * * * * * * * * *

Please take notice that on, Thursday, July 10, 2003, commencing at 1:30 p.m., counsel for plaintiff will take the deposition of Deborah Price at the offices of Edward M. Buxbaum, 210 West Pennsylvania Ave., Towson, Maryland. The deposition will be recorded by stenographic means for use at the trial of this case.

You are invited to attend and take such part in the examination as you may be advised and shall be fit and proper.

Respectfully submitted,

Cooper & Walinski, LPA

Gerald R. Kowalski

---

**DEFENDANT'S HEARING EXHIBIT NO.**   **1**

**CASE NO.** _____ **L-02-4206** _____

**IDENTIFICATION:** _____ **May 3, 2004** _____

**ADMITTED:** _____ **May 3, 2004** _____

## CERTIFICATION

This is to certify that a copy of the foregoing *Notice of Deposition* was served by facsimile and ordinary U.S. mail upon Edward M. Buxbaum, *Whiteford, Taylor & Preston, LLP*, Seven Saint Paul Street, Baltimore, MD 21202-1626, this 3rd day of **July, 2003.**

Gerald R. Kowalski

2