# COOPER & WALINSKI

*A Legal Professional Association*

**Gerald R. Kowalski**
Attorney at Law
Licensed in Ohio
Phone:   (419)241-1200
Fax:      (419)242-7212
kowalski@cooperwalinski.com

900 Adams Street
Toledo, OH 43624

419.241.1200
419.242.9606 Fax
419.242.5675 Fax
419.242.7212 Fax
toledo@cooperwalinski.com

206 S. Fifth Avenue
Suite 400
Ann Arbor, MI 48104

734.663.6535
734.663.0996 Fax
aa@cooperwalinski.com

October 25, 2004

Honorable Benson E. Legg
*United States District Court*
*District of Maryland*
101 W. Lombard Street
Baltimore, Maryland 21201

Re:   **Manor Care v. Property & Casualty Insurance Guaranty Corporation**
      **Case No. L-02-4206**

Dear Judge Legg:

I have received Ed Buxbaum's October 19, 2004 letter to you. I am presently in trial through this Friday, October 29, 2004. Because of preparation for my current trial and another trial that will be starting on November 8, 2004, I have not had adequate time to thoroughly analyze the discovery material that Mr. Buxbaum sent to me in early September. At the conclusion of my trial this week, I will review these documents to determine if an amended motion for summary judgment will be filed or if we will be simply resubmitting our previously filed motion for summary judgment. Therefore, I propose to advise you by November 5, 2004 if my client intends to amend the previously filed summary judgment motion. If we plan on amending the summary judgment motion, I request leave to file it by Friday, December 3, 2004.

I apologize for any delay that this has caused in resolving this matter. However, it has been an extremely busy fall for me. Your consideration is appreciated.

Respectfully,

**Cooper & Walinski**

*[signature]*

Gerald R. Kowalski

GRK/bs