UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

November 5, 2004

MEMORANDUM TO COUNSEL RE:    Manor Care of America, Inc. v. Property & Casualty Insurance Guaranty Corp., Civil No. L-02-4206

Dear Counsel:

On October 20, 2004, I received Defendant's letter requesting that the Court revisit its motion for summary judgment originally filed on August 27, 2003, as discovery in this matter has now closed. On March 31, 2004, the Court denied without prejudice Defendant's motion for summary judgment pending further discovery. So that the docket is straight, Defendant must file a renewed motion for summary judgment. A motion composed of one sentence incorporating the earlier-filed documents by reference would be sufficient.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

Benson Everett Legg

c:    Court file