IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| MANOR CARE OF AMERICA, INC. | * | |
| Plaintiff | * | |
| v. | * | Civil Action No:   L02CV4206 |
| PROPERTY & CASUALTY INSURANCE GUARANTY CORPORATION | * | |
| | * | |
| Defendant | * | |
| * * * * * | * * * * * * | |

## DEFENDANT PROPERTY & CASUALTY INSURANCE GUARANTY CORPORATION'S RENEWED MOTION FOR SUMMARY JUDGMENT

Now comes Defendant Property & Casualty Insurance Guaranty Corporation, by its undersigned counsel, and hereby renews its Motion for Summary Judgment, incorporating by reference herein the Defendant's Motion for Summary Judgment initially filed with the Court on August 27, 2003. As the Defendant understands that the Plaintiff intends to renew its previously filed Cross-Motion for Summary Judgment, the Defendant also renews and incorporates by reference herein its Reply Memorandum in Further Support of its Motion for Summary Judgment and Opposition to Plaintiff's Cross-Motion for Summary Judgment filed on October 14, 2003.

Respectfully submitted,

_____/s/_____
Albert J. Mezzanotte, Jr., Bar No. 00197
Edward M. Buxbaum, Bar No. 05015
Whiteford, Taylor & Preston L.L.P.
Wachovia Tower – Suite 1300
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
(410) 347-8700

Attorneys for Defendant,
PROPERTY & CASUALTY INSURANCE
GUARANTY CORPORATION

1585520