IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MANOR CARE OF AMERICA, INC.** | : | |
| **Plaintiff,** | : | |
| | : | |
| | : | |
| v. | : | CIVIL NO. L-02-4206 |
| | : | |
| | : | |
| **PROPERTY & CASUALTY INSURANCE** | : | |
| **GUARANTEE CORPORATION** | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

Now pending is Defendant Property & Casualty Insurance Guarantee Corporation's ("PCIGC") motion for summary judgment. (Docket No. 45.) For the reasons stated in the Memorandum of even date, the Court hereby GRANTS the motion and DIRECTS the CLERK to CLOSE the case.

It is so ORDERED this __24th__ day of June, 2005.

```
                    _____/s/_____
                    Benson Everett Legg
                    Chief Judge
```