UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
AT BALTIMORE

NO. 05-1819

Manor Care of America

vs.

Property & Casualty

Criminal No.

Civil Action No. 1-02-4206

## CERTIFICATE

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland, certify that the record in this case is complete for the purposes of the appeal and is available for transmission to the court of appeals upon request.

Date: August 8, 2005

Felicia C. Cannon, Clerk

By _____
Deputy Clerk