UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

August 2, 2006

Memorandum to Counsel Re:    Manor Care of America, Inc. v.
Property & Casualty Insurance Guaranty Corp.
Case No. L- 02-4206

Dear Counsel:

By Opinion dated July 18, 2006, the United States Court of Appeals has reversed a grant of summary judgment and remanded this case to the District Court for consideration of Manor Care of America's claims.

After the mandate is issued at the end of this month, the Court will hold a scheduling conference. In the meantime, the parties shall file a joint status report by September 1st, addressing how they foresee proceeding in this matter.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly in both cases.

Very truly yours,

/s/

Benson Everett Legg

c:    Court file