UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
August 21, 2006

No. 05-1819
CA-02-4206-1

MANOR CARE OF AMERICA, INC., formerly known as Manor Care,
Incorporated, a Delaware corporation

    Plaintiff - Appellant

  v.

PROPERTY & CASUALTY INSURANCE GUARANTY CORPORATION, a
private corporation formed by the state of Maryland

    Defendant - Appellee

---
O R D E R
---

Appellee has filed a petition for rehearing and motion for certification to the Court of Appeals of Maryland.

The Court denies the petition for rehearing and the motion for certification.

Entered at the direction of Judge Michael, with the concurrence of Judge Motz and Judge Shedd.

                For the Court,

                /s/ Patricia S. Connor
                _____
                       CLERK

FILED _____ ENTERED _____
LODGED _____ RECEIVED _____

AUG 2 1 2006

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY