UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
August 29, 2006

No. 05-1819
CA-02-4206-1

MANOR CARE OF AMERICA, INC., formerly known as Manor Care, Incorporated, a Delaware corporation

    Plaintiff - Appellant

v.

PROPERTY & CASUALTY INSURANCE GUARANTY CORPORATION, a private corporation formed by the state of Maryland

    Defendant - Appellee

---

M A N D A T E

---

    The judgment of this Court, entered 7/18/06, takes effect this date.

    A certified copy of this Court's judgment and a copy of its decision are issued to the district court and constitute the mandate of this Court.

/s/ Patricia S. Connor
---------------------
    CLERK