IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MANOR CARE OF AMERICA, INC.<br>  Plaintiff, | : | |
| | : | |
| v. | : | CIVIL NO. L-02-4206 |
| | : | |
| PROPERTY & CASUALTY INSURANCE<br>GUARANTY CORPORATION<br>  Defendant. | : | |

## ORDER

On September 27, 2006, the parties jointly submitted a proposed protective order to the Court. The proposed order does not comply with Local Rule 104.13(b), (c), or (d). Furthermore, as a practical matter, the parties provided no method of marking documents to note they are subject to a protective order. If the parties wish to pursue their request for a protective order, they shall submit a revised protective order within two weeks from the date of this Order. The Court refers them to the model confidentiality agreement in Appendix D of the Local Rules for guidance.

It is so ORDERED this 16th day of October, 2006

                                                 /s/
                                      Benson Everett Legg
                                      Chief Judge