243125

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | |
|---|---|
| MANOR CARE OF AMERICA, INC.<br><br>                              Plaintiff,<br><br>v.<br><br>PROPERTY & CASUALTY INSURANCE<br>    GUARANTY CORPORATION,<br><br>                              Defendant. | Civil Action No.<br>02-CV-04206 (BEL) |

## JOINT STATUS REPORT

On December 1, 2006, the parties filed a Joint Status Report. In that Report the plaintiff indicated that it intended to provide certain requested information to the defendant by December 15, 2006. The plaintiff has not yet been able to provide this information to the defendant. The defendant has requested the plaintiff to produce various corporate documents concerning numerous corporate entities during the period 1993 – 1997. The plaintiff has worked diligently on obtaining this information but has not completed its search of its records. Because the records are 10 – 14 years old, the plaintiff's search for these records has been complicated and burdensome. The plaintiff now anticipates that records that are available during that time period will be provided to defense counsel by February 28, 2007. Upon receipt of that information, the defendant will advise the plaintiff of those claims they are honoring and those they are denying by April 2, 2007. By April 16, 2007, the parties will report to the Court as to a future discovery

plan in order to resolve the underlying disputed claims. The parties anticipate that the unresolved disputed claims will then be subject to summary judgment or trial.

Respectfully submitted,

*/s/ Deanne Ottaviano*
James H. Hulme, Bar No. 00875
Deanne M. Ottaviano, Bar No. 15659
ARENT FOX KINTNER PLOTKIN &
KAHN, PLLC
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5339
Ph: (202) 857-6000
Fax: (202) 857-6395
*Attorneys for Plaintiff*

*/s/ Edward Buxbaum*
Albert J. Mezzanotte, Jr., Bar No. 00197
Edward M. Buxbaum, Bar No. 05015
WHITEFORD, TAYLOR & PRESTON
L.L.P.
Seven Saint Paul Street
Baltimore, MD  21202-1626
Ph: (410) 347-8700
Fax: (410) 752-7092
*Attorneys for Defendants*

*/s/ Gerald Kowalski*
Gerald R. Kowalski, Pro Hac Vice
COOPER & WALINSKI, L.P.A.
900 Adams Street
Toledo, OH  43604
Ph:  (419) 241-1200
Fax: (419) 242-7212
*Attorney for Plaintiff*

**SO APPROVED:**

_____
The Honorable Benson E. Legg, Judge

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 1st day of February, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system

*Deanne Ottaviano*
Deanne M. Ottaviano, Bar No. 15659