**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | |
|---|---|
| MANOR CARE OF AMERICA, INC.<br><br>        Plaintiff,<br><br>*v.*<br><br>PROPERTY & CASUALTY INSURANCE<br> GUARANTY CORPORATION,<br><br>        Defendant. | Civil Action No.<br>02-CV-04206 (BEL) |

**MOTION FOR TEN (10) DAY EXTENSION TO FILE JOINT STATUS REPORT**

  In the parties' Joint Status Report filed February 1, 2007, the parties indicated that they would file a Joint Status Report by April 16, 2007. The parties are in discussions concerning a future discovery, motion and trial schedule. The parties request an additional 10 days within which to file a report with their recommendations. Plaintiff's counsel has discussed this motion with counsel for the Defendant who concurs in this request.

RPP/199587.1

                    Respectfully submitted,

*[signature: Deanne Ottaviano]*

James H. Hulme, Bar No. 00875
Deanne M. Ottaviano, Bar No. 15659
*Arent Fox LLP*
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5339
Ph:     (202) 857-6000
Fax:    (202) 857-6395
*Attorneys for Plaintiff*


 /s/  Gerald R. Kowalski
Gerald R. Kowalski, Pro Hac Vice
*Cooper & Walinski, L.P.A.*
900 Adams Street
Toledo, OH  43604
Ph:     (419) 241-1200
Fax:    (419) 242-7212
*Attorney for Plaintiff*

**SO APPROVED:**

_____
The Honorable Benson E. Legg, Judge

RPP/199587.1