**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | |
|---|---|
| MANOR CARE OF AMERICA, INC.<br><br>         Plaintiff,<br><br>v.<br><br>PROPERTY & CASUALTY INSURANCE<br> GUARANTY CORPORATION,<br><br>         Defendant. | Civil Action No.<br>02-CV-04206 (BEL) |

## JOINT STATUS REPORT

  Manor Care has produced voluminous records to the Defendant. The Defendant has reviewed and analyzed the records. Counsel for the parties have had extensive and frank discussions about the remaining issues in this case. The parties request the Court to set this matter for a scheduling conference. The purpose of the scheduling conference would be to set timelines for the submission of stipulations, additional discovery, summary judgment motions, and trial, if necessary. The parties respectfully request the Court to set this case for a scheduling conference within the next 30 days.

RPP/210916.1

Respectfully submitted,

| | |
|---|---|
| *(signature)* | /s/ |
| James H. Hulme, Bar No. 00875<br>Deanne M. Ottaviano, Bar No. 15659<br>ARENT FOX KINTNER PLOTKIN &<br>KAHN, PLLC<br>1050 Connecticut Avenue, N.W.<br>Washington, DC  20036-5339<br>Ph: (202) 857-6000<br>Fax: (202) 857-6395<br>*Attorneys for Plaintiff* | Albert J. Mezzanotte, Jr., Bar No. 00197<br>Edward M. Buxbaum, Bar No. 05015<br>WHITEFORD, TAYLOR & PRESTON<br>L.L.P.<br>Seven Saint Paul Street<br>Baltimore, MD  21202-1626<br>Ph: (410) 347-8700<br>Fax: (410) 752-7092<br>*Attorneys for Defendants* |

/s/
Gerald R. Kowalski, Pro Hac Vice
COOPER & WALINSKI, L.P.A.
900 Adams Street
Toledo, OH  43604
Ph:  (419) 241-1200
Fax: (419) 242-7212
*Attorney for Plaintiff*

**SO APPROVED:**

_____
Honorable Benson E. Legg, Judge

2

RPP/210916.1