UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

May 1, 2007

MEMORANDUM TO COUNSEL RE:   <u>Manor Care of America, Inc. v.
Property & Casualty Insurance Guaranty Corp.</u>
Case No. L- 02-4206

Dear Counsel:

  This case is on remand from the Fourth Circuit Court of Appeals. As requested by the parties, the Court will hold a scheduling conference to set a timeline for (i) submissions of stipulations, (ii) additional discovery, (iii) summary judgment motions, and (iv) trial, if necessary. The conference will take place by telephone on Monday, May 14th at 4:30 p.m. Counsel for the Plaintiff shall initiate the call.

  Despite the informal nature of this memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly in both cases.

Very truly yours,

/s/

Benson Everett Legg

c: Court file