# COOPER & WALINSKI

*A Legal Professional Association*

**Gerald R. Kowalski, Esq.**
Attorney at Law (OH)
419.241.1200
419.720.3421 Fax
kowalski@cooperwalinski.com

900 Adams Street
Toledo, OH 43604

419.241.1200
419.242.9606 Fax
419.242.5675 Fax
419.242.7212 Fax
toledo@cooperwalinski.com

May 4, 2007

Honorable Benson E. Legg
*United States District Court*
*District of Maryland*
101 W. Lombard Street
Baltimore, Maryland 21201

> *Re:  Manor Care vs. Property & Casualty Insurance Guaranty Corporation*
> *Case No. 02-cv-4206*
> *Pre-trial Scheduled for May 14, 2007, 4:30 p.m.*

Dear Judge Legg:

Pursuant to the Court's Pretrial Order of May 1, 2007, the pre-trial in this matter has been scheduled for May 14, 2007, at 4:30 p.m. I have a previously scheduled hearing in *Libbey, Inc., et al. v. Factory Mutual Ins. Co., Case No. 3:06CV2412* in Federal Court, Toledo, Ohio at that same time. I am respectfully requesting that we change the presently scheduled pre-trial of May 14, 2007, 4:30 p.m. I would be happy to initiate a conference call with Attorney Buxbaum and your scheduling clerk for the convenience of rescheduling a time convenient for all parties.

Thank you for your consideration in this matter.

Respectfully,

*Gerald R. Kowalski*

Gerald R. Kowalski

GRK/mjm
cc:   Edward Buxbaum (via facsimile)
      Deanne Ottaviano (via facsimile)