UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

May 11, 2007

MEMORANDUM TO COUNSEL RE:   <u>Manor Care of America, Inc. v.
Property & Casualty Insurance Guaranty Corp.</u>
Case No. L- 02-4206

Dear Counsel:

    Due to counsel's scheduling conflict, the conference call scheduled for May 14th will be postponed. Please confer with one another and contact my chambers with alternate times.

    Despite the informal nature of this memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly in both cases.

Very truly yours,

/s/

Benson Everett Legg

c:   Court file