UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

MANOR CARE OF AMERICA, INC.

          Plaintiff,

v.

PROPERTY & CASUALTY INSURANCE GUARANTY CORPORATION,

          Defendant.

Civil Action No.
02-CV-04206 (BEL)

## STIPULATED SCHEDULING ORDER

On May 17, 2007, the Court conducted a telephonic status conference. Deadlines for discovery, motion practice and trial were discussed. As the result of the discussions involving counsel and the court, the following scheduling order is hereby established.

1. Discovery is to be completed by November 16, 2007.

2. All motions for summary judgment will be filed by December 17, 2007. Briefing shall be governed by Local Rule 105. Either party will be permitted to file a partial summary judgment motion prior to the December 17 deadline in order to resolve discrete issues or to resolve individual claims.

3. The parties shall file a joint status report every sixty (60) days.

      4.      This matter is hereby scheduled for trial beginning April 7, 2008.

Respectfully submitted,

| | |
|---|---|
| *(signature)* | /s/ |
| James H. Hulme, Bar No. 00875 | Albert J. Mezzanotte, Jr., Bar No.00197 |
| Deanne M. Ottaviano, Bar No. 15659 | Edward M. Buxbaum, Bar No. 05015 |
| ARENT FOX LLP | WHITEFORD, TAYLOR & PRESTON L.L.P. |
| 1050 Connecticut Avenue, N.W. | Seven Saint Paul Street |
| Washington, DC  20036-5339 | Baltimore, MD  21202-1626 |
| Ph: (202) 857-6000 | Ph: (410) 347-8700 |
| Fax: (202) 857-6395 | Fax: (410) 752-7092 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

/s/
Gerald R. Kowalski, Pro Hac Vice
COOPER & WALINSKI, L.P.A.
900 Adams Street
Toledo, OH  43604
Ph:  (419) 241-1200
Fax: (419) 242-7212
*Attorney for Plaintiff*

**SO APPROVED:**

_____
Honorable Benson E. Legg, Judge