**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division**

| | |
|---|---|
| MANOR CARE OF AMERICA, INC.<br><br>         Plaintiff,<br><br>*v.*<br><br>PROPERTY & CASUALTY INSURANCE<br> GUARANTY CORPORATION,<br><br>         Defendant. | Civil Action No.<br>02-CV-04206 (BEL) |

**JOINT STATUS REPORT**

  Since the May 17, 2007, telephonic status conference, the parties have exchanged information and settlement proposals.  Settlement negotiations are continuing.  With ongoing negotiations, the parties have not pursued any additional discovery at this point.  Pursuant to the

Stipulated Scheduling Order filed on May 24, 2007 (Document 68), the parties will file another joint status report in 60 days.

Respectfully submitted,

| | |
|---|---|
| /s/ *Deanne Ottaviano* | /s/ |
| James H. Hulme, Bar No. 00875 | Albert J. Mezzanotte, Jr., Bar No. 00197 |
| Deanne M. Ottaviano, Bar No. 15659 | Edward M. Buxbaum, Bar No. 05015 |
| ARENT FOX KINTNER PLOTKIN & KAHN, PLLC | WHITEFORD, TAYLOR & PRESTON L.L.P. |
| 1050 Connecticut Avenue, N.W. | Seven Saint Paul Street |
| Washington, DC  20036-5339 | Baltimore, MD  21202-1626 |
| Ph: (202) 857-6000 | Ph: (410) 347-8700 |
| Fax: (202) 857-6395 | Fax: (410) 752-7092 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

/s/
Gerald R. Kowalski, Pro Hac Vice
COOPER & WALINSKI, L.P.A.
900 Adams Street
Toledo, OH  43604
Ph:  (419) 241-1200
Fax: (419) 242-7212
*Attorney for Plaintiff*