UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| MANOR CARE OF AMERICA, INC.<br><br>                                              Plaintiff,<br><br>v.<br><br>PROPERTY & CASUALTY INSURANCE<br>    GUARANTY CORPORATION,<br><br>                                              Defendant. | Civil Action No.<br>02-CV-04206 (BEL) |

## JOINT STATUS REPORT

Since filing the last joint status report, the parties have continued settlement negotiations. Presently, the parties are attempting to select a mediator to assist in the negotiations. With these ongoing discussions, the parties have not pursued any additional discovery. Pursuant to the Stipulated Scheduling Order filed on May 24, 2007 (Document 68), the parties will file another joint status report in 60 days.

Respectfully submitted,

_____
James H. Hulme, Bar No. 00875
Deanne M. Ottaviano, Bar No. 15659
ARENT FOX KINTNER PLOTKIN &
KAHN, PLLC
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5339
Ph: (202) 857-6000
Fax: (202) 857-6395
*Attorneys for Plaintiff*

_____
Albert J. Mezzanotte, Jr., Bar No. 00197
Edward M. Buxbaum, Bar No. 05015
WHITEFORD, TAYLOR & PRESTON
L.L.P.
Seven Saint Paul Street
Baltimore, MD  21202-1626
Ph: (410) 347-8700
Fax: (410) 752-7092
*Attorneys for Defendants*

/s/ Gerald Kawalski/dmo
Gerald R. Kowalski, Pro Hac Vice
COOPER & WALINSKI, L.P.A.
900 Adams Street
Toledo, OH 43604
Ph: (419) 241-1200
Fax: (419) 242-7212
*Attorney for Plaintiff*