# WHITEFORD, TAYLOR & PRESTON L.L.P.

| | | |
|---|---|---|
| SUITE 400<br>210 WEST PENNSYLVANIA AVENUE<br>TOWSON, MARYLAND  21204-4515<br>TELEPHONE  410 832-2000<br>FAX  410 832-2015<br>_____<br><br>50 CORPORATE CENTER<br>SUITE 750<br>10500 LITTLE PATUXENT PARKWAY<br>COLUMBIA, MARYLAND  21044-3585<br>TELEPHONE  410 884-0700<br>FAX  410 884-0719<br>_____<br><br>EDWARD M. BUXBAUM<br>DIRECT NUMBER<br>410 347-9408<br>ebuxbaum@wtplaw.com | SUITE 1500<br>SEVEN SAINT PAUL STREET<br>BALTIMORE, MARYLAND  21202-1626<br><br>410 347-8700<br>DIRECT FAX  410 223-4308<br>www.wtplaw.com | SUITE 400<br>1025 CONNECTICUT AVENUE, NW<br>WASHINGTON, D.C.  20036-5405<br>TELEPHONE  202 659-6800<br>FAX  202 331-0573<br>_____<br><br>SUITE 300<br>3190 FAIRVIEW PARK DRIVE<br>FALLS CHURCH, VIRGINIA 22042-4510<br>TELEPHONE  703 836-5742<br>FAX  703 573-1287 |

October 26, 2007

The Honorable Benson E. Legg
United States District Court
   for the District of Maryland
Chambers 3-D, Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, Maryland  21201

      **Re:** *Manor Care of America, Inc. v.*
         *Property & Casualty Insurance Guaranty Corporation*
      **Case No.:**  L-02-4206

Dear Judge Legg:

  As we previously advised the Court in our last Joint Status Report, the parties have been exploring the potential of mediating the case with the hope of resolving the pending litigation.  We are pleased to report that the parties have now agreed to have the Honorable Lawrence Rodowsky serve as our mediator for this matter, and we are scheduled to mediate the case on Tuesday, November 13, 2007.

  In light of the upcoming mediation, the parties have agreed to concentrate their respective efforts on settlement, as opposed to further motions practice.  If the mediation effort fails, however, both parties anticipate filing Cross-Motions for Summary Judgment.  In reviewing the existing Scheduling Order, we note that summary judgment motions are currently due on Monday, December 17, 2007.  We thus write to jointly request that the Scheduling Order be slightly modified to accommodate the upcoming mediation effort such that the summary judgment deadline be extended until January 17, 2008.

The Honorable Benson E. Legg
October 26, 2007
Page 2

      Should the Court have any questions with regard to this joint request, please do not hesitate to contact us.

                Very truly yours,

/s/                                        /s/

Gerald R. Kowalski                Edward M. Buxbaum
Cooper & Walinski                 Whiteford, Taylor & Preston, L.L.P.
900 Adams Street                  Wachovia Tower – Suite 1500
Toledo, Ohio 43624               Seven Saint Paul Street
419-241-1200                       Baltimore, Maryland 21202-1626
                                            410-347-8700

EMB:tmf

1760532