UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| **MANOR CARE OF AMERICA, INC.**<br><br>        **Plaintiff,**<br><br>*v.*<br><br>**PROPERTY & CASUALTY INSURANCE GUARANTY CORPORATION,**<br><br>        **Defendant.** | Civil Action No.<br>02-CV-04206 (BEL) |

## STIPULATION OF DISMISSAL

Plaintiff Manor Care of America, Inc. ("Manor Care") and Defendant Property & Casulaty Insurance Guaranty Corporation ("PCIGC"), by and through their undersigned counsel of record, jointly submit this Stipulation of Dismissal agreeing that the matters in controversy between them have been compromised and settled in full.  Whereupon, it is requested that the Court:

  (1)  Order that Manor Care's claims against PCIGC in the above-captioned matter be dismissed with prejudice; and

(2) Order that the United States District Court for the District of Maryland shall retain exclusive jurisdiction over the interpretation and/or enforcement of the Parties' settlement terms/agreement.

Respectfully submitted,

| | |
|---|---|
| /s/ *Deanne Ottaviano* | /s/ |
| James H. Hulme, Bar No. 00875 | Albert J. Mezzanotte, Jr., Bar No. 00197 |
| Deanne M. Ottaviano, Bar No. 15659 | Edward M. Buxbaum, Bar No. 05015 |
| ARENT FOX KINTNER PLOTKIN & KAHN, PLLC | WHITEFORD, TAYLOR & PRESTON L.L.P. |
| 1050 Connecticut Avenue, N.W. | Seven Saint Paul Street |
| Washington, DC 20036-5339 | Baltimore, MD 21202-1626 |
| Ph: (202) 857-6000 | Ph: (410) 347-8700 |
| Fax: (202) 857-6395 | Fax: (410) 752-7092 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

/s/
Gerald R. Kowalski, Pro Hac Vice
COOPER & WALINSKI, L.P.A.
900 Adams Street
Toledo, OH 43604
Ph: (419) 241-1200
Fax: (419) 242-7212
*Attorney for Plaintiff*

Dated: December 6, 2007